**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-24-00225-CV**
_____

**IN RE KRISTEN MOORE**

**Original Proceeding**
**457th District Court of Montgomery County, Texas**
**Trial Cause No. 23-09-13503-CV**

**MEMORANDUM OPINION**

Kristen Moore filed a mandamus petition to compel the trial court to enforce a Rule 11 mediated settlement agreement. Before we issued an opinion, Relator filed a motion to dismiss this mandamus proceeding. We grant the motion and dismiss this original proceeding without reference to the merits.

PETITION DISMISSED.

PER CURIAM

Submitted on July 17, 2024
Opinion Delivered July 18, 2024

Before Johnson, Wright and Chambers, JJ.